07-20313.or1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-20313-CIV-COOKE-BROWN

DIANA GONZALEZ, et. al.,

       Plaintiffs

v.

ROSS DRESS FOR LESS VIRGINIA, INC.,

       Defendant.
_____/

**ORDER DENYING JOINT MOTION FOR APPROVAL OF SETTLEMENT**

**THIS MATTER** is before this Court on Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (D.E. 15). The Court has considered the settlement agreement and all pertinent materials in the file.

As noted the Court is required to approve the settlement agreement. That allows the Court to grant said approval "after scrutinizing the settlement for fairness". Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1353 (11th Cir. 1982).

There is simply nothing in the settlement agreement that would allow the Court to accomplish this. The Settlement Agreement says plaintiffs will receive $30,000 and that sum is divided up among three plaintiffs and counsel. In order to determine if this is reasonable, at a minimum, the Court must consider what is claimed Why are two plaintiffs receiving one amount, and the third receiving a different amount? In addition, the Court has no information to

-1-

support the attorney's fees and costs, nor anything to explain the division of the money between counsel and the clients.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of September, 2007.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
    Counsel of record