UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-20313-CIV-COOKE/BROWN

DIANA GONZALEZ, *et al.*,

    Plaintiffs,

v.

ROSS DRESS FOR LESS VIRGINIA, INC.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter was referred to the Honorable Stephen T. Brown, United States Magistrate Judge, for a Report and Recommendation on the parties' Renewed Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [D.E. 18], filed September 18, 2007. Judge Brown issued a Report and Recommendation on September 26, 2007. In this Report, Judge Brown recommended that the parties' Renewed Joint Motion be granted and the Stipulation of Settlement approved. The parties did not file any objections to Judge Brown's Report. Therefore, having reviewed the record and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Honorable Stephen T. Brown's Report and Recommendation is **AFFIRMED AND ADOPTED**.

    2.    The parties' Renewed Joint Motion [D.E. 18] is **GRANTED**. The case shall be **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of October 2007.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Stephen T. Brown*
*All Counsel of Record*